IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY HAWES,<br><br>    Petitioner,<br><br>  v.<br><br>WILLIAM MUNIZ,<br><br>    Respondent. | No. C 14-5576 WHA (PR)<br><br>**ORDER OF DISMISSAL;**<br>**GRANTING LEAVE TO PROCEED**<br>**IN FORMA PAUPERIS** |

    Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. He claims that his constitutional rights are being violated because he is being required to take psychiatric medication against his will. Challenges to conditions of confinement should be brought in a civil rights complaint, not in a petition for a writ of habeas corpus. *See Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir. 2003); *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991). Accordingly this case is **DISMISSED** without prejudice to petitioner filing a new case in which he brings his claims about the conditions of confinement in a civil rights complaint. Petitioner is **GRANTED** leave to proceed in forma pauperis. No certificate of appealability is warranted in this case because a reasonable jurist would not find the dismissal of this petition debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    The clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: January 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE